FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JUN 22 PM 1:05
CLERK_____
_____DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PATRICIA A. BUNNER,           )
                              )
    Plaintiff,                )
                              )
v.                            )   CASE NO. CV415-071
                              )
CAROLYN W. COLVIN, Acting     )
Commissioner of Social        )
Security,                     )
                              )
    Defendant.                )
                              )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 10), to which no objections have been filed. After a careful review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case and the Commissioner's decision is **AFFIRMED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22nd day of June 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA